JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MEDINA, an individual, | Case No. 2:25-cv-06274-SVW-SSC |
| Plaintiffs, | Honorable Stephen V. Wilson |
| vs. | |
| VENTURA COUNTY SHERIFF'S DEPARTMENT, a public entity; VENTURA COUNTY, a public entity; DEPUTY ROBERT BAIN, an individual; SERGEANT JASON CHRISTMAN, an individual; and DOES 1-10, individuals, | [PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| Defendants. | *[Filed concurrently with Stipulation to Dismiss Entire Action with Prejudice]* |

//

//

//

//

1

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: May 13, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2